UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER PROSSER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLO TANNING CENTERS, INC.,<br>JOHN AND JANE DOES 1 THROUGH 3,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  No.  4:23-cv-00768-RLW<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF SETTLEMENT

Defendant Glo Tanning Centers, Inc. gives notice that the parties have reached a tentative settlement in this case.  The parties are currently finalizing the terms of the settlement.

> HEPLERBROOM LLC
> By:    /s/ Charles N. Insler
> BHARAT VARADACHARI          #50563MO
> Bharat.Varadachari@heplerbroom.com
> CHARLES N. INSLER           #58623MO
> Charles.Insler@heplerbroom.com
> 701 Market Street, Suite 1400
> St. Louis, MO  63101
> T: 314/241-6160
> F: 314/241-6116
>
> *Attorneys for Defendant Glo Tanning Centers, Inc.*

1

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed on this 26th of July 2023, the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Edwin V. Butler, Esq., Butler Law Group, LLC (edbutler@butlerlawstl.com); *Attorneys for Plaintiff.*

                                                 */s/ Charles N. Insler*