**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| CHRISTOPHER PROSSER,   )   <br> )   <br> Plaintiff,   )   <br> )   <br> v.   )   <br> )   <br> GLO TANNING CENTERS, INC. and   )   <br> JOHN AND JANE DOES 1 THROUGH 6,   )   <br> )   <br> Defendants.   )   | No. 4:23-CV-768 RLW |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Voluntary Dismissal (ECF No. 18),

**IT IS HEREBY ORDERED** that the Clerk of the Court shall make an entry in the docket record reflecting the dismissal of this matter with prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

_Ronnie L. White_
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 22nd day of August, 2023.